UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMERICAN PAINT BUILDING, LLC,<br><br>Plaintiff<br><br>v.<br><br>INDEPENDENT SPECIALTY INSURANCE COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO BINDING AUTHORITY B604510568622021, and INTERSTATE FIRE AND CASUALTY COMPANY<br><br>Defendants | No. 2:22-cv-3308<br><br>Judge Sarah S. Vance<br><br>Magistrate Judge Donna Phillips Currault |

**MOTION TO OPT OUT OF STREAMLINED SETTLEMENT PROGRAM**

Defendants, Independent Specialty Insurance Company, and Certain Underwriters at Lloyd's, London and Other Insurers Subscribing to Binding Authority No. B604510568622021, filed a Motion to Compel Arbitration pursuant to policy terms and conditions. (R.Doc. 12) The Motion was denied without prejudice on the basis of prematurity for failure to opt out. (R. Doc. 15). Defendants respectfully submit this motion and accompanying memorandum in support seeking to opt out of the Court's Streamlined Settlement Program.

WHEREFORE, Defendants pray for an Order granting their Motion to Opt Out of the Court's Streamlined Settlement Program in order to pursue arbitration.

Respectfully submitted,

**WOOD, SMITH, HENNING & BERMAN LLP**

  */s/ Lori D. Barker*
Lori D. Barker (La. Bar No. 31687)
1100 Poydras Street, Suite 2900
New Orleans, Louisiana 70163
Phone: (504) 386-9840
Email:  LBarker@wshblaw.com
*Counsel for Defendants*

28622417.1:11042-0396